THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARK JONES and MICHAEL MCKEE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware corporation,<br>   Defendant. | No. 3:21-cv-05666-BHS<br><br>**[PROPOSED] ORDER GRANTING FORD MOTOR COMPANY'S MOTION TO DISMISS**<br><br>NOTE ON MOTION CALENDAR:<br>November 19, 2021 |

[PROPOSED] ORDER GRANTING FORD'S MOTION
TO DISMISS - 1
Case No. 3:21-cv-05666-BHS

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7029 | Tel: 206.839.4800

1   THIS MATTER came before the Court on Defendant Ford Motor Company's Motion to
2   Dismiss (the "Motion"), filed on October 8, 2021. The Court has reviewed the parties' papers and
3   the files herein, and has considered the following in making its determination:
4       1.   Defendant Ford Motor Company's Motion to Dismiss;
5       2.   Plaintiffs' Opposition to Defendant's Motion to Dismiss and supporting papers
6   thereto, if any; and
7       3.   Defendant's Reply in Support of its Motion to Dismiss and supporting papers
8   thereto, if any.
9       It is hereby ORDERED that the Motion is GRANTED and all claims against Defendants
10  Ford Motor Company are hereby DISMISSED without leave to amend.
11      IT IS SO ORDERED.
12      Dated this ____ day of _____, 2021.

13

14
                                        _____
15                                      The Honorable Benjamin H. Settle

16

17

18

19

20

21

22

23

24

25

26

Presented by:

DLA PIPER LLP (US)

*s/ Anthony Todaro*
Anthony Todaro, WSBA No. 30391
*s/ Jeffrey DeGroot*
Jeffrey DeGroot, WSBA No. 46839
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7029
Tel:    206.839.4800
Fax:   206.839.4801
E-mail:  anthony.todaro@us.dlapiper.com
E-mail:  jeffrey.degroot@us.dlapiper.com

*Attorneys for Defendant*
*Ford Motor Company*

[PROPOSED] ORDER GRANTING FORD'S MOTION
TO DISMISS - 3
Case No. 3:21-cv-05666-BHS

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7029 | Tel: 206.839.4800

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the parties.

Dated this 8th day of October, 2021.

*s/ Paige Plassmeyer*
Paige Plassmeyer, Legal Practice Specialist