UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARK JONES et al., <br><br> Plaintiff(s), <br> v. <br><br> FORD MOTOR COMPANY, <br><br> Defendant(s). | CASE NO. 3:21−cv−05666−DGE <br><br> MINUTE ORDER REASSIGNING CASE |

This action has been assigned to the Honorable David G. Estudillo, United States District Judge. All future documents filed in this case must bear the cause number 3:21−cv−05666−DGE and bear the Judge's name in the upper right hand corner of the document.

DATED October 28, 2021

                Ravi Subramanian
                Clerk of Court

                By:  /s/ Gretchen Craft
                   Deputy Clerk